UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| | ) | |
| ROBERT R. PRUNTÉ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-0480 (PLF) |
| | ) | |
| UNIVERSAL MUSIC GROUP, INC., *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

ORDER

For the reasons given in the Opinion issued this same day, it is hereby

ORDERED that [92] defendants' motion to strike is GRANTED in part and DENIED in part; it is

FURTHER ORDERED that [88] plaintiff's motion alleging direct contempt of court and [94] plaintiff's motion for judicial notice are DENIED; it is

FURTHER ORDERED that [89] plaintiff's motion for summary judgment is DENIED; it is

FURTHER ORDERED that [99] defendants' motion for summary judgment is GRANTED. Judgment shall be entered for all of the defendants on all claims; and it is

FURTHER ORDERED that the Clerk of the Court shall remove this case from the docket of the Court. This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: March 29, 2010

2